# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
, NY 10601
) 948-5109

Tamara L. Giwa
*Executive Director*

L. Brown
*in-Charge*

November 10, 2025

The Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

---

> Application granted. The status conference scheduled for November 12, 2025 is adjourned to December 3, 2025 at 12:00 p.m. By November 26, 2025, the parties shall advise the Court of the case status. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 7).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        November 10, 2025

---

Re: *United States v. Frank Moreno*, 24 Cr. 108 (PMH)

Dear Judge Halpern:

I write to request that Frank Moreno's conference scheduled for November 12, 2025, be adjourned to December 3, 2025, at 12 pm. The parties are engaged in discussions regarding potential resolution of this case and request additional time. This is the second adjournment request before Your Honor. I have discussed this requested adjournment with AUSA Carmi Schickler. He has no objection. If the request is granted, the parties also agree that the time period from November 12, 2025, to December 3, 2025 be excluded from the computation of time under the Speedy Trial Act.

Sincerely,

Sungso Lee

cc: AUSA Carmi Schickler