Federal Defenders
OF NEW YORK, INC.

Southern District
treet, Suite 124
ains, NY 10601
(914) 948-5109

Tamara L. Giwa
*Executive Director*

fer L. Brown
*ney-in-Charge*

Application granted. The October 20, 2026 VOSR status conference is adjourned to December 17, 2026 at 11:00 a.m. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 22).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 16, 2026

October 15, 2026

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Frank Moreno*, 24 Cr. 108 (PMH)

Dear Judge Halpern:

I am writing to request an adjournment of Mr. Moreno's upcoming status conference scheduled for October 20, 2026.

In this case, the allegations in the violation of supervised release report are related to state charges Mr. Moreno was facing in Connecticut. The state prosecutor entered a nolle prosequi on September 11, 2026. The parties are exploring a possible disposition and need additional time.

This is Mr. Moreno's third request for an adjournment. I have discussed this requested adjournment with AUSA Carmi Schickler and he consents to the adjournment. The parties are available to appear the week of December 14, 2026 or the week of January 11, 2027.

Sincerely,

Sungso Lee

cc: AUSA Carmi Schickler
PO Jaleesa Harris